To the Court Clerk,                                     2:25-cv-00999-RSM-BAT

Enclosed is a 2241 motion in regards to First Step Act Earned Time Credits in relation to my sentence from my case, Case No. CR21-0129-JCC. I have strived to file properly with the proper formatting and procedure. If I need to take any other steps or make any adjustments, please let me know, and please understand that my intention is to file properly.

Thank you for your time and attention.

Respectfully,

Jeffrey Stephens
12020 5th AVE NE
Seattle, WA 98125

206-259-0073

FILED
LODGED
RECEIVED
MAIL

MAY 19 2025

AT SEATTLE
CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY