

**CLERK, UNITED STATES DISTRICT COURT**
UNITED STATES COURTHOUSE
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

FILED
LODGED
RECEIVED
MAIL

JUL 09 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

9400 0922 1391 8320 0



Jeffrey Stephens 63840509
RRM
PO BOX 13901
SEA

NIXIE  980  DE 1  0001/07/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 98101444285  *2326-07020-30-41*

SEATTLE WA 980
26 JUN 2025 PM 3 E
FIRST-CLASS

ZIP 98101
00605079
US POSTAGE PITNEY BOWES
$000.69⁰
MAY 29 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

May 27, 2025

Jeffrey Stephens
63840509
12020 5TH AVE NE
SEATTLE, WA 98125

Your civil action, *Stephens v. Federal Bureau of Prisons*, was filed in the United States District Court Western District of Washington on May 19, 2025.

The case has been assigned to District Court Judge Ricardo S. Martinez and referred to Magistrate Judg Brian A Tsuchida, case number **2:25-cv-00999-RSM-BAT**. All documents filed with the Court mus include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

> **2241/2254 Filing Fee Not Paid**
> The filing fee requirement must be met by paying the $5.00 filing fee or submitting an Application for In Forma Pauperis (IFP). An IFP form is enclosed for your convenience.

**The deficiencies listed above must be corrected and filed with the Court by <u>June 26, 2025.</u>**

Please return the requested documents to the address listed above. Failure to do so may affect the statu your case, including dismissal of the action by the Court.

**NOTE:** Prisoners housed in a DOC facility participating in the mandatory prisoner e-filing program sl continue to file their documents electronically.

cc: file

# UNITED STATES DISTRICT COURT
Western District of Washington

Case Number: 2:25-cv-999 RSM-BAT

Petitioner

vs.

**DECLARATION AND APPLICATIO[N]
TO PROCEED IN FORMA PAUPER[IS]
IN A FEDERAL HABEAS ACTION**

**DO NOT use this form if you are bringi[ng a]
civil action.**

Respondent(s)

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name)_____declare I am the petitioner in this habe[as]
proceeding; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or gi[ve]
security thereof.

This action proceeds pursuant to: 28 U.S.C. ☐ §2241  ☐ §2254  ☐ §2255

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes   Total amount of net monthly salary (take home pay)  $_____

   Name and address of employer _____

   ☐ No    Date of last employment _____

   Amount of net monthly salary when last employed  $_____

2. For the past twelve months, list the amount of money you have received from any of the followin[g:]

   a. Business, profession or other self-employment                              $ _____
   b. Income from rent, interest or dividends                                    $ _____
   c. Pensions, annuities or life insurance payments                             $ _____
   d. Disability, unemployment, workers compensation or public assistance        $ _____
   e. Gifts or inheritances                                                      $ _____
   f. Money received from child support or alimony                               $ _____
   g. Describe any other source of income _____               $ _____

3. List the amount for each of the following (include prison account funds):

Cash on hand $_____    Checking Account $_____    Savings Account $_____

4. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automo
other valuable property (excluding ordinary household furnishings and clothing)?
If Yes, describe the property and state its approximate value:

☐ Yes

☐ No                                                                                                                    $

5. Are any persons dependent upon you for support? If Yes, state their relationship to you, and indic
much you contribute toward their support each month. (Do not include names of minor children.)

☐ Yes

☐ No                                                                                                                    $

6. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan
or other regular monthly expenses and the amount spent each month.

$

7. Provide any other information that will help explain why you cannot pay court fees and costs.

I declare under penalty of perjury that the foregoing is true and correct.

_____    _____
**Executed on: (Date)**              **Signature of Applicant**

### CERTIFICATION

**Have the institution fill out the Certification portion of this application and attach a certified c
of your prison trust account statement showing transactions for the past six months.**

I certify that the applicant named herein has the sum of $_____ on account to his/her cred

(Name of Institution) _____

_____    _____
**Executed on: (Date)**              **Signature of Financial Officer**