UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY STEPHENS,<br><br>               Petitioner,<br><br>   v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>               Respondent. | CASE NO. 2:25-cv-00999-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation all objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The case is dismissed with prejudice.

(3)    The Clerk is directed to send copies of this Order to Petitioner.

Dated this 4th day of August, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1