# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY STEPHENS,<br><br>                  Petitioner,<br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>                  Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:25-cv-00999-RSM-BAT |

\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

      The Report and Recommendation is adopted and approved.  The case is dismissed with prejudice.

Dated this 4th day of August, 2025.

                                                          RAVI SUBRAMANIAN
                                                          Clerk of Court

                                                          /s *Tajma Eaton*
                                                          Deputy Clerk